UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY A. COVINGTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE Commissioner of )<br>the Social Security Administration, )<br>)<br>Defendant. ) | No. 1:12-cv-00802-DKL-WTL |

## JUDGMENT

The court, having made its entry on September 4, 2013, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Jeffrey A. Covington based on his application filed on December 30, 2008, is **AFFIRMED**.

**So ORDERED.**

Date: 09/04/2013

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov